**LAW OFFICES OF VICKI I. SARMIENTO**
A Professional Corporation
Vicki I. Sarmiento, Esq. (SBN: 134047)
333 N. Garfield Avenue
Alhambra, California, 91801
Telephone: (626) 308-1171
Facsimile: (626) 308-1101
vsarmiento@vis-law.com

**O'HARA LAW APC**
Kevin W O'Hara, Esq. (SBN: 314559)
1730 W. Cameron Avenue, Ste. 200
West Covina, CA 91790
Tel/Fax: (310) 525-5882
kevin@oharalawapc.com
Attorney for Plaintiffs,
ARMANDO SALGADO SR. and ARLINDA SALGADO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SALGADO SR., an individual, and ARLINDA SALGADO, an individual, and as successor in interest to deceased ARMANDO ADAM SALGADO,<br><br>        Plaintiffs,<br>    vs.<br><br>COUNTY OF SAN JOAQUIN; PATRICK WITHROW, an individual; FELIPE MENDOZA, an individual; and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO.: 2:22-cv-01024-MCE-AC<br><br>**JOINT STIPULATION FOR AN ORDER TO CONTINUE INITIAL PRETRIAL SCHEDULING ORDER DATES; ORDER** |

**IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL OF RECORD HEREIN:**

Plaintiffs and Defendants by and through their respective counsels of record, hereby stipulate, agree, and represent to the Court as follows:

1. Whereas, the Complaint in this matter was filed on June 13, 2022;

-1-

**JOINT STIPULATION TO CONTINUE FSC, TRIAL AND ALL RELATED DISCOVERY AND MOTION CUT-OFF DATES; AND ORDER**

2.      Whereas, the Court issued an Initial Pretrial Scheduling Order on June 13, 2022, which states that "the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of **good cause** (emphasis in original);"

3.      Whereas, Plaintiffs' counsel, Kevin O'Hara, is now scheduled to commence trial in the matter of *Juan Menjivar Castillo et al. v. Foster Dairy Farms, Inc. et al.* (STK-CV-UPI-2019-16283, San Joaquin County) on July 10, 2023, with a trial estimate of 4-6 weeks, rendering Mr. O'Hara unavailable for depositions and other matters in this case over that time frame.  This case was not previously set for trial on July 10, 2023 (at the time of the Court's Initial Pretrial Scheduling Order, or at the time Plaintiff's counsel and Defense counsel met and conferred on dates). This case is a disputed liability event involving multiple collisions, multiple semi-trucks, multiple injured parties, multiple wrongful death claimants, and cross-actions.

4.      Whereas, the parties have continued to engage diligently in fact discovery but there are remaining fact witness depositions to be taken, including but not limited to, the depositions of Armando Salgado Sr., Arlinda Salgado, Felipe Mendoza, and Patrick Withrow;

5.      Whereas, Defendants are amenable to a brief continuance of the Initial Pretrial Scheduling dates and trial, subject to the Court's approval, to accommodate Mr. O'Hara's schedule and permit the parties to complete discovery in this matter;

6.      Whereas, the parties met and conferred and respectfully request that the Court modify its Initial Pretrial Scheduling Order to continue all currently set dates by 90 days;

7.      Whereas, a 90-day continuance will result in the following schedule:

| | |
|---|---|
| Discovery Cutoff: | November 15, 2023 |
| Expert Disclosure Deadline: | January 16, 2023 |
| Rebuttal Expert Disclosure Deadline: | February 15, 2023 |
| Expert Discovery Cutoff Deadline: | April 27, 2024 |
| Dispositive Motion Filing Cutoff Deadline: | June 5, 2024 |
| Pretrial Conference: To be scheduled within 3-4 weeks of trial | |
| Trial: | Not yet assigned |

8. Whereas, the parties have made no prior requests for a continuance of the Initial Pretrial Scheduling Order dates;

9. Accordingly, the parties hereby stipulate, and respectfully request, that the Court continue all Initial Pretrial Scheduling Order dates by 90 days and schedule a Case Management Conference to set the Pretrial Conference and Trial thereafter.

Dated: July 7, 2023  LAW OFFICES OF VICKI I. SARMIENTO
O'HARA LAW

*/s/Vicki I. Sarmiento  /s/Kevin O'Hara*
VICKI I. SARMIENTO
KEVIN O. O'HARA
*Attorneys for Plaintiffs,*
ARMANDO SALGADO SR., an individual, and ARLINDA SALGADO, an individual, and as successor in interest to deceased ARMANDO ADAM SALGADO

Dated: July 7, 2023  BURKE, WILLIAMS & SORENSEN, LLP

*/s/Temitayo O. Peters*
GREGORY B. THOMAS
TEMITAYO O. PETERS
*Attorneys for Defendants,*
COUNTY OF SAN JOAQUIN; PATRICK WITHROW, an individual; and FELIPE MENDOZA, an individual

**ORDER**

The Court having considered Plaintiffs and Defendants Joint Stipulation for an Order to Continue Initial Pretrial Scheduling Order Dates, IT IS HEREBY ORDERED THAT:

| | |
|---|---|
| Discovery Cutoff: | November 15, 2023 |
| Expert Disclosure Deadline: | January 16, 2024 |
| Rebuttal Expert Disclosure Deadline: | February 15, 2024 |
| Expert Discovery Cutoff Deadline: | April 27, 2024 |
| Dispositive Motion Filing Cutoff Deadline: | June 5, 2024 |

Pretrial Conference: To be scheduled within 3-4 weeks of trial

Trial:                                                                Not yet assigned

IT IS SO ORDERED.

Dated:  July 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION TO CONTINUE TRIAL AND ALL RELATED DISCOVERY AND MOTION CUT-OFF DATES; AND ORDER**