1 | Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
2 | Christopher E. Brumfiel (SBN 214866)
E-mail:  cbrumfiel@bwslaw.com
3 | Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
4 | Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
5 | BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
6 | Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Attorneys for Defendants COUNTY OF SAN JOAQUIN, PATRICK WITHROW and FELIPE MENDOZA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO SALGADO SR., an individual, and ARLINDA SALGADO, an individual, and as successor in interest to deceased ARMANDO ADAM SALGADO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN; PATRICK WITHROW, an individual; FELIPE MENDOZA, an individual; and DOES 1 to10, inclusive,<br><br>Defendants. | Case No.  2:22-cv-01024-MCE-AC<br><br>**STIPULATION AND ORDER FOR LIMITED EXTENSION OF FACT DISCOVERY CUTOFF TO ALLOW FOR DEPOSITION OF PLAINTIFF ARLINDA SALGADO**<br><br>Judge:    Morrison C. England, Jr.<br><br>Trial Date: N/A |

Pursuant to Local Rules 143 and 144, subdivisions (a) and (d), Defendants COUNTY OF SAN JOAQUIN, FELIPE MENDOZA, and PATRICK WITHROW (collectively "County Defendants") and Plaintiffs ARMANDO SALGADO, SR. and ARLINDA SALGADO (collectively "Plaintiffs"), hereby stipulate as follows:

WHEREAS, Fact Discovery Cut-Off in the instant action is November 15, 2023 (Dkt No. 20);

WHEREAS, the deposition of Plaintiff ARLINDA SALGADO was formally noticed by

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4865-4547-5215 v1 | 1 | STIP AND ORDER FOR LIMITED EXTENSION OF FACT DISCOVERY CUTOFF

1  County Defendants to take place on October 26, 2023;

2      WHEREAS, on October 25, 2023, counsel for Plaintiffs requested that the deposition of
3  Plaintiff ARLINDA SALGADO be re-scheduled as a result of Plaintiff ARLINDA SALGADO's
4  illness;

5      WHEREAS, counsel for County Defendants agreed to re-schedule the deposition of
6  Plaintiff ARLINDA SALGADO in light of her illness;

7      WHEREAS, the parties have agreed that Plaintiff ARLINDA SALGADO's deposition
8  shall proceed on December 14, 2023;

9      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and
10 County Defendants, through their respective counsel, that the Fact Discovery Cut-Off Date of
11 November 15, 2023, shall be extended for the sole and exclusive purpose of completing the
12 deposition of Plaintiff ARLINDA SALGADO on December 14, 2023.  All other dates shall
13 remain as scheduled.

14 Dated:  November 14, 2023      BURKE, WILLIAMS & SORENSEN, LLP

16      By:  */s/ Christopher E. Brumfiel*
17          Gregory B. Thomas
         Christopher E. Brumfiel
18          Attorneys for Defendants
         COUNTY OF SAN JOAQUIN, PATRICK
         WITHROW, and FELIPE MENDOZA

21 Dated:  November 9, 2023      O'HARA LAW APC

23      By:  */s/ Kevin O'Hara*
         Kevin W. O'Hara
24          Attorneys for Plaintiffs
         ARMANDO SALGADO SR. and
         ARLINDA SALGADO

26 / / /
27 / / /
28 / / /

Dated: November 9, 2023         LAW OFFICES OF VICKI I. SARMIENTO

By:   */s/ Vicki I. Sarmiento*
    Vicki I. Sarmiento
    Attorneys for Plaintiffs
    ARMANDO SALGADO SR. and
    ARLINDA SALGADO

## SIGNATURE ATTESTATION

In accordance with Local Rule 131(b) I, Christopher E. Brumfiel, attest that I have obtained concurrence in the filing of this documents from the other signatories listed above.

By:   */s/ Christopher E. Brumfiel*

## ORDER

Based on the Parties' stipulated request and good cause appearing, IT IS ORDERED THAT the fact discovery cutoff in this case is extended to December 14, 2023, for the sole and exclusive purpose of completing the deposition of Plaintiff ARLINDA SALGADO.

IT IS SO ORDERED.

Dated: November 16, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE