Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants COUNTY OF SAN JOAQUIN, PATRICK WITHROW and FELIPE MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO SALGADO SR., an individual, and ARLINDA SALGADO, an individual, and as successor in interest to deceased ARMANDO ADAM SALGADO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN; PATRICK WITHROW, an individual; FELIPE MENDOZA, an individual; and DOES 1 to10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01024-MCE-AC<br><br>**STIPULATION AND ORDER FOR LIMITED EXTENSION OF EXPERT DISCOVERY CUTOFF AND DISPOSITIVE MOTION CUTOFF TO ALLOW FOR PRIVATE MEDIATION BEFORE THE HON. KENDALL J. NEWMAN (RET.)**<br><br>Judge:   Morrison C. England, Jr.<br><br>Trial Date: N/A |

Pursuant to Local Rules 143 and 144, subdivisions (a) and (d), Defendants COUNTY OF SAN JOAQUIN, FELIPE MENDOZA, and PATRICK WITHROW (collectively "County Defendants") and Plaintiffs ARMANDO SALGADO, SR. and ARLINDA SALGADO (collectively "Plaintiffs"), hereby stipulate as follows:

WHEREAS, the Expert Discovery Cutoff in the instant action is April 27, 2024 (Dkt No. 20);

WHEREAS, the Dispositive Motion Filing Cutoff in the instant action is June 5, 2024

(*Ibid.*);

WHEREAS, the parties have agreed to private mediation with the Hon. Kendall J. Newman (Ret.) on April 8, 2024;

WHEREAS, the parties agree that alternative dispute resolution efforts with Judge Newman should be exhausted prior to the commencement of expert discovery and the preparation and filing of dispositive motion practice so as to potentially conserve judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and County Defendants, through their respective counsel, that the Expert Discovery Cutoff of April 27, 2024, shall be extended to June 12, 2024, and, that the Dispositive Motion Cutoff shall be extended to July 22, 2024. All other dates shall remain as scheduled.

Dated: March 5, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Christopher E. Brumfiel*
Gregory B. Thomas
Christopher E. Brumfiel
Attorneys for Defendants
COUNTY OF SAN JOAQUIN, PATRICK WITHROW, and FELIPE MENDOZA

Dated: March 5, 2024

O'HARA LAW APC

By: */s/ Kevin O'Hara*
Kevin W. O'Hara
Attorneys for Plaintiffs
ARMANDO SALGADO SR. and ARLINDA SALGADO

Dated: March 5, 2024

LAW OFFICE OF CLAUDIA C. BOHORQUEZ

By: */s/ Claudia C. Bohorquez*
Claudia C. Bohorquez
Attorneys for Plaintiffs
ARMANDO SALGADO SR. and ARLINDA SALGADO

**SIGNATURE ATTESTATION**

In accordance with Local Rule 131(e) I, Christopher E. Brumfiel, attest that I have obtained authorization in the filing of this document from the other signatories listed above.

**By:**    */s/ Christopher E. Brumfiel*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

3

STIPULATION AND ORDER

**ORDER**

Based on the Parties' stipulated request and good cause appearing, IT IS ORDERED THAT by and between Plaintiffs and County Defendants, through their respective counsel, that the Expert Discovery Cutoff of April 27, 2024, shall be extended to June 12, 2024, and, that the Dispositive Motion Cutoff shall be extended to July 22, 2024. All other dates shall remain as scheduled.

IT IS SO ORDERED.

Dated: March 14, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE