Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants COUNTY OF SAN JOAQUIN, PATRICK WITHROW and FELIPE MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO SALGADO SR., an individual, and ARLINDA SALGADO, an individual, and as successor in interest to deceased ARMANDO ADAM SALGADO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN; PATRICK WITHROW, an individual; FELIPE MENDOZA, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01024-MCE-AC<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER** |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4866-2066-8874 v1

1

Case No. 2:22-cv-01024-MCE-AC
STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER

Pursuant to a settlement agreement, the parties in this action, through their respective attorneys of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss all Plaintiffs' claims in this action against all Defendants, with prejudice, each party to bear their own fees and costs.

Dated:  June 20, 2024                                          BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Christopher E. Brumfiel*
    Gregory B. Thomas, Esq.
    Christopher E. Brumfiel, Esq.
    Temitayo O. Peters, Esq.
    Attorneys for Defendants
    COUNTY OF SAN JOAQUIN, PATRICK WITHROW, and FELIPE MENDOZA

Dated:  June 20, 2024                                          O'HARA LAW APC

By:   */s/ Kevin O'Hara (as authorized)*
    Kevin O'Hara, Esq.
    Attorneys for Plaintiffs
    ARMANDO SALGADO, SR. and ARLINDA SALGADO

### DECLARATION REGARDING AUTHORIZATION

Under E.D. Cal. Local Rule 131(e), I attest that I obtained concurrence in the filing of this document from the other signatories listed here on June 20, 2024.

By:   */s/ Christopher E. Brumfiel*

Christopher E. Brumfiel, Esq.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4866-2066-8874 v1

2

Case No. 2:22-cv-01024-MCE-AC
STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER

**ORDER**

PURSUANT TO STIPULATION, the above-referenced case is hereby dismissed with prejudice; each party to bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 24, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4866-2066-8874 v1

3

Case No. 2:22-cv-01024-MCE-AC
STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER